JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THEODORE CARR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN E. RICOLCOL,<br><br>Respondent. | Case No. 5:25-cv-00858-FLA (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is DENIED, and the action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: December 10, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge